UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RENÉE MARIE BUMB**<br>**UNITED STATES DISTRICT JUDGE** | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Chambers 6050<br>P.O. Box 2736<br>Camden, New Jersey 08101<br>(856) 757-5020   Fax (856) 757-5474 |

September 28, 2009

**ELECTRONICALLY FILED**

**LETTER ORDER**

Richard F. Klineburger, III, Esquire
38 Haddon Avenue, Suite 100
Haddonfield, New Jersey 08033-2463

Marianne Johnston, Esquire
Stradley, Ronon, Stevens & Young
Woodland Falls Corporate Park
200 Lake Drive East, Suite 100
Cherry Hill, New Jersey 08002-7098

Louis M. Barbone, Esquire
Stephen Frederick Funk, Esquire
Jacobs & Barbone, Esqs.
1125 Pacific Avenue
Atlantic City, New Jersey NJ 08401

Paul S. Kennedy, Esquire
Kennedy Law Firm, LLC
503 Union Avnue
Brielle, New Jersey 08730

    Re:  Tina Marshello et al v. Atlantic City et al
         Civil Action No.

Dear Counsel:

    Oral argument on Defendants' motions for summary judgment has been scheduled for October 23, 2009, at 10:00 a.m., in Courtroom 3D, U.S. District Court, 4th & Cooper Streets, Camden, New Jersey.

Kindly mark your calendars accordingly.

                                      Very truly yours,

                                      <u>s/Renée Marie Bumb</u>
                                      RENÉE MARIE BUMB
                                      United States District Judge